[No. 52314-7-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL M. TAMPICO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-03084-1, Dale B. Ramerman and Suzanne M. Barnett, JJ., entered May 8, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52444-5-I.   Division One.   May 10, 2004.]

MONTANA JUNE SMITH, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-00579-9, Robert H. Alsdorf, J., entered May 2, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Baker, JJ.

[No. 52445-3-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FAAPOUAITA LEAPAI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07376-8, Ronald Kessler, J., entered June 2, 2003. *Reversed* by unpublished per curiam opinion.

[No. 52520-4-I.   Division One.   May 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JAMES BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08264-1, Sharon S. Armstrong, J., entered May 19, 2003. *Affirmed in part* and *remanded* by unpublished per curiam opinion.